# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

In re:

**Cedric Ramesh**                                 Case No. 18-11787

**Debtor(s).**

## CHANGE OF ADDRESS

Please change my address in this case. Use the new address to send notices to me.

Old Address:

| | |
|---|---|
| *Name* | *Cedric Ramesh* |
| *Address* | *3904 University Ave #16* |
| *City, State, zip code* | *Grand Forks, ND 58201* |

New Address:

| | |
|---|---|
| *Name* | *Cedric Ramesh* |
| *Address* | *2500 14th Ave S, #5* |
| *City, State, zip code* | *Grand Forks, ND 58201* |

Please (do/do not) use the new address to send payments to me.

If I am a joint debtor, I am filing this change of address for (myself/the other debtor/ both).

Date: 04-10-21

Signature
Name: Cedric Ramesh
Address: 2500 14th Ave S, #5
Grand Forks, ND 58201
Telephone: 701-213-8444
Email: ericorion555@gmail.com